■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TERANCE RILEY, Respondent. [604 NYS2d 695] —The People's appeal from an order of the Supreme Court, New York County (Jeffrey Atlas, J.), entered April 15, 1992, which suppressed

physical evidence and rendered the sum of the proof available to the People insufficient as a matter of law, unanimously dismissed for failure to comply with Rules of the Appellate Division, First Department (22 NYCRR) § 600.8 (f), without prejudice and with leave to reinstate upon proof that respondent has been served with the appellant's brief by January 31, 1994. Concur—Murphy, P. J., Carro, Ross and Asch, JJ.